Juan Manuel DIAZ, Petitioner,

v.

IMMIGRATION AND
NATURALIZATION SERVICE,
Respondent.

No. 01–70961.
INS No. A73–931–395.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Jan. 17, 2003.

Decided Feb. 6, 2003.

Before FRIEDMAN,* KOZINSKI and RAWLINSON, Circuit Judges.

MEMORANDUM**

We have jurisdiction to review the Board of Immigration Appeals' ("BIA") denial of a motion to reopen. *See Rodriguez–Lariz v. INS,* 282 F.3d 1218, 1223 (9th Cir.2002). The BIA properly denied Juan Manuel Diaz's motion, which raised the same insufficient factors of economic hardship, reduction in standard of living, and lack of educational opportunities previously rejected by the BIA. *See Agyeman v. INS,* 296 F.3d 871, 890, n. 2 (9th Cir.2002); *see also Ramirez–Durazo v. INS,* 794 F.2d 491, 498 (9th Cir.1986). The BIA therefore did not violate Diaz's due process

---

* The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

rights. *See Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir.2000).

PETITION DENIED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

